T. W. PALMER and R. E. LARAMORE, *Appellants*, v. S. A. LYNCH (sometimes known as Diamond Lunch); S. A. LYNCH, trading and doing business as and under the name and style of S. A. Lynch Enterprises; SUNSET ISLANDS COMPANY; BAYSHORE OPERATING COMPANY; ENTERPRISE REALTY & SECURITIES CORPORATION; ENTERPRISE BUILDING CORPORATION; HOTEL MANAGEMENT COMPANY; PINE REALTY & DEVELOPMENT COMPANY; BISCAYNE REAL ESTATE & INVESTMENT COMPANY; SOUTHERN REALTY & SECURITIES CORPORATION; SOUTH FLORIDA REALTY & DEVELOPMENT CORPORATION; FLORIDA REALTY & SECURITIES CORPORATION; CONSOLIDATED REALTY & SECURITIES CORPORATION; DAYTONA HIGHLANDS COMPANY, INCORPORATED; each and all being bodies corporate created and existing under the laws of the State of Florida; UNITED FINANCE COMPANY OF FLORIDA; and S. A. LYNCH ENTERPRISE FINANCE CORPORATION, bodies corporate created and existing under the laws of the State of Delaware; W. R. LYNCH; Y. F. FREEMAN; C. E. HOLCOMB; J. E. SHUEY; J. R. JOHNSON; G. S. MORGAN; JESSIE WOODALL; B. F. BRASS, Z. A. GODWIN; and A. F. HILL, *Appellees.*

135 So. 858.

Special Division A.

Decision filed July 27, 1931.

*James M. Carson, S. P. Robineau, Paul D. McGarry, John J. Lindsey,* for Appellants;

*Loftin, Stokes & Calkins,* and *Knight, Adair, Cooper & Osborne,* for Appellees.

PER CURIAM.—This cause having heretofore been submitted to the Court upon the transcript of the record of the orders herein and briefs and argument of counsel for the respective parties, and the record having been seen and inspected, and the Court being now advised of its judgment to be given in the premises, it seems to the Court that there is no error in the said orders. It is therefore, considered, ordered and decreed by the Court that the said orders of the circuit court be, and the same are hereby affirmed.

BUFORD, C.J., AND WHITFIELD AND DAVIS, J.J., concur.